IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv209-WHA |
| | ) |
| JAMES D. HILDRETH, et al., | ) |
| | ) |
| Appellees. | ) |

## **ORDER**

Upon consideration of the Agreement Regarding Dismissal of Appeal (Doc. #6), filed by the parties on April 20, 2007, it is hereby

ORDERED that this appeal is DISMISSED by agreement of the parties. Court costs are taxed against the Appellant.

DONE this 23rd day of April, 2007.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE